**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

JAMES ENGLISH,

    **Plaintiff**

  **vs.**

CAROLYN W. COLVIN,
COMMISSIONER OF SOCIAL SECURITY,

   **Defendant**

      **STIPULATION OF**
      **DISCONTINUANCE**

      **Case No: 3:15-cv-01147**
          **(ATB)**

Date: March 28, 2016  Signature:  *s/ Peter A. Gorton*
              Attorney for Plaintiff
              Lachman & Gorton
              1500 East Main Street
              PO Box 89
              Endicott, NY 13760


           Signature:  *s/ Lauren Myers*
              Lauren Myers, Assistant Regional Council
              Special Assistant U.S. Attorney
              c/o Social Security Administration
              Office of General Counsel
              26 Federal Plaza, Room 3904
              New York, NY 10278-0004
              Bar No. 518305


SO ORDERED this 29th day of ___March___, 2016:

Andrew T. Baxter
United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------

**JAMES ENGLISH**

                    **Plaintiff,**

                                        **AGREEMENT TO WITHDRAW**

         -v-                             Case #3:15-CV-1145
                                              DNH/ATB

**CAROLYN W. COLVIN**
**Commissioner of Social Security,**

                    **Defendant.**
-------------------------------------------------------------------


I hereby grant authority to Lachman & Gorton, Peter A. Gorton, of counsel to withdraw my action brought in the United States Federal District Court, Northern District of New York and hereby request that said action be withdrawn.


Respectfully submitted.
Dated: 3/28 , 2016
                              _____
                              James English, Plaintiff


CC: VIA ECF